

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-10-00355-CV

IN RE HERITAGE OPERATING,                                    RELATOR
L.P. D/B/A METRO LIFT PROPANE
OF DALLAS

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and GABRIEL, JJ.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

DELIVERED:  October 15, 2010355-C